MORRIS LEV, Respondent, v. ROBERT VELAISE, Appellant.— Order unanimously reversed, with $10 costs and disbursements, and the motion denied. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of the Estate of GEORGE McCORMACK, Deceased. MARGARET M. McCORMACK, Appellant; EDWARD VOLLMER et al., as Executors of GEORGE McCORMACK, Deceased, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ. [See ante, p. 878.]

AMERICAN RESERVE INSURANCE COMPANY v. CHINA INSURANCE COMPANY, LIMITED.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See ante, p. 873.]

SCHUYLER W. J. WATTS v. BANK OF MANHATTAN COMPANY.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ. [See ante, p. 884.]

## (November 18, 1948.)

ALBERT HARRIS, Respondent, v. 11 WEST 42ND STREET, INC., Defendant, and RENBA MANAGEMENT CORP., Appellant.— Motion to resettle order granted. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.

ALBERT HARRIS v. 11 WEST 42ND STREET, INC., et al.— Motion to resettle order granted. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.

CATHERINE RICHARDSON et al., v. EDWARD V. DENNEEN.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ. [See ante, p. 878.]

## (November 22, 1948.)

FERRO-CO INDUSTRIES, INC., Respondent, v. W. S. ROCKWELL COMPANY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

FREDERICK A. SCHLOSS et al., Appellants, v. FIDELITY MUTUAL LIFE INSURANCE COMPANY, Respondent.— Judgment and order unanimously affirmed with costs. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ. [193 Misc. 121.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SIEGEL LAND IMPROVEMENT CORPORATION, Appellant, against JOSEPH LILLY et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents. [105 W. 72nd St., Borough of Manhattan.] — Order unanimously modified by fixing the assessments for all years as follows: Land $155,000, Building $85,000, Total $240,000, and as so modified affirmed, with $20 costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of GEORGE A. DONNER, Petitioner, against ARTHUR W. WALLANDER, as Police Commissioner of the City of New York, Respondent.— Determination unanimously confirmed, with $50 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.